**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

STEVEN BELT, ET AL.,

               Plaintiffs,

    v.

P.F. CHANG'S CHINA BISTRO, INC.,

               Defendant.

Case No. 1:18-cv-02126-GJH

## CONSENT MOTION TO TRANSFER VENUE

Defendant P.F. Chang's China Bistro, Inc. ("P.F. Chang's"), by its counsel, and with the consent of Plaintiffs, moves to transfer this action to the United States District Court for the Eastern District of Pennsylvania for the following reasons:

1.      Plaintiffs originally filed their case in the United States District for the District of Maryland.

2.      P.F. Chang's challenged venue based, among other things, on the fact that none of the Plaintiffs has lived or worked in Maryland for P.F. Chang's.

3.      Plaintiffs have consented to move this dispute to the United States District Court for the Eastern District of Pennsylvania.

Therefore, as discussed during the telephonic conference the Court conducted on August 30, 2018, P.F. Chang's respectfully submits this consent motion to transfer this action to the United States District Court for the Eastern District of Pennsylvania. An appropriate Order is attached.

Respectfully submitted,


/s/ Paul DeCamp              

PAUL DECAMP (D. Md. Bar No. 20572)
MAXINE ADAMS (*pro hac vice* admission antici-
    pated)
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C.  20037
Tel:  202-861-0900
Fax: 202-861-3571
PDeCamp@ebglaw.com
MAdams@ebglaw.com

*Counsel for Defendant*

August 31, 2018

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

       Benjamin L. Davis, III
       George E. Swegman
       The Law Offices of Peter T. Nicholl
       36 South Charles Street, Suite 1700
       Baltimore, Maryland 21201
       Telephone: (410) 244-7005
       Facsimile: (410) 244-8454
       bdavis@nicholllaw.com
       gswegman@nicholllaw.com


                           /s/ Paul DeCamp
                           Paul DeCamp

                           *Counsel for Defendant*

August 31, 2018